# EXHIBIT A

# alexanderkendrickl@gmail.com

| | |
|---|---|
| **From:** | Andy Uria <auria@kiernantrebach.com> |
| **Sent:** | Thursday, September 14, 2023 9:07 AM |
| **To:** | David C.M. Ledyard |
| **Cc:** | Justin Cuniff; Ledyard Law LLC - Litigation |
| **Subject:** | Re: Morgan v. DSG - Call |

David:

We just got some additional information from DSG regarding the sign from the time period of the incident.  I'm planning on producing them today with the "CONFIDENTIAL" designation subjecting them to the NDA that you had previously signed.  I'm also sending these over to my expert for him to review.  I wanted to have a quick chat to make sure that you are fine with the docs being marked "CONFIDENTIAL" and also to discuss whether you would be amenable to a brief extension of the Scheduling Order to give my expert time to review these documents.  To the extent that you would want extra time for your expert to review these documents also, I would be happy to discuss that also.

Please let me know if you have some time today for a call.

Thanks!
Andy

On Tue, Aug 29, 2023 at 2:04 PM Andy Uria <auria@kiernantrebach.com> wrote:
> David:
>
> Just tried calling you and spoke to your automated receptionist.  Can you give me a call at 443-263-2933 when you are free?
>
> Thanks,
>
> --
> **Andy Uria**
>
> **Kiernan Trebach LLP**
> One Park Place, Suite 425
> Annapolis, MD 21401
>
> T 443-263-2800
> F 443-263-2935
>
> www.KiernanTrebach.com
>
> 
>
> This message and any files or attachments transmitted herewith contain
> CONFIDENTIAL INFORMATION and is (are) intended only for the named
> addressee(s).  It may be protected by the attorney-client privilege,
> attorney-work product or other doctrines.  If you received this email
> message in error, please immediately notify the sender by telephone or

email and destroy or delete the original message with copying.  Please do not publish, copy or circulate this message.

--
**Andy Uria**

**Kiernan Trebach LLP**
One Park Place, Suite 425
Annapolis, MD 21401

T 443-263-2800
F 443-263-2935

www.KiernanTrebach.com



This message and any files or attachments transmitted herewith contain CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s).  It may be protected by the attorney-client privilege, attorney-work product or other doctrines.  If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message with copying.  Please do not publish, copy or circulate this message.